No. 87–1943.  MINNESOTA NEWSPAPER ASSN., INC. v. POST-MASTER GENERAL OF THE UNITED STATES ET AL.; and

No. 87–1956.  FRANK, POSTMASTER GENERAL OF THE UNITED STATES, ET AL. v. MINNESOTA NEWSPAPER ASSN., INC.  Appeals from D. C. Minn.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. █

No. 87–1490.  MALLARD v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA ET AL.  C. A. 8th Cir.  Certiorari granted.

No. 87–1759.  TEXAS STATE TEACHERS ASSN. ET AL. v. GARLAND INDEPENDENT SCHOOL DISTRICT ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 87–1848.  CITY OF DALLAS ET AL. v. STANGLIN, INDIVIDUALLY AND DBA TWILIGHT SKATING RINK.  Ct. App. Tex., 5th Dist.  Certiorari granted.

No. 87–1855.  GILHOOL, SECRETARY OF EDUCATION OF PENNSYLVANIA v. MUTH ET AL.  C. A. 3d Cir.  Certiorari granted.

No. 87–1865.  FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER FOR MANNING SAVINGS & LOAN ASSN. v. TICKTIN ET AL.  C. A. 7th Cir.  Certiorari granted. █

No. 87–1868.  MEAD CORP. v. TILLEY ET AL.  C. A. 4th Cir.  Certiorari granted.

No. 87–1973.  FINLEY v. UNITED STATES.  C. A. 9th Cir.  Certiorari granted.

No. 87–2013.  BOARD OF TRUSTEES OF THE STATE UNIVERSITY OF NEW YORK ET AL. v. FOX ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 88–1.  CONSOLIDATED RAIL CORPORATION v. RAILWAY LABOR EXECUTIVES' ASSN. ET AL.  C. A. 3d Cir.  Certiorari granted.

No. 88–32.  MASSACHUSETTS v. MORASH.  Sup. Jud. Ct. Mass.  Certiorari granted.